LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Barn No. 114842)
TIMOTHY J. TOMLIN (State Bar No.142294)
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994
Telephone: (415) 457-3773
Facsimile:   (415) 457-2667

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>AUTO AMERICA, INC., a California corporation; MOCTEZUMA TOVAR, an individual; PENEELEYU TOVAR, an individual; WACHOVIA DEALER SERVICES, INC., a California corporation; TRUCK CITY AUTO SALES, INC., a California corporation; FIRESIDE BANK, a California corporation; LOBEL FINANCIAL CORPORATION, a California corporation; YOLO FEDERAL CREDIT UNION, a business entity, form unknown, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency; JORGE BAUTISTA, an individual, and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.  2:08-cv-02718 MCE DAD<br><br>**ORDER PURSUANT TO PARTIES' STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT ADDING JORGE BAUTISTA AS A DEFENDANT** |

[PROPOSED] ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to the Stipulation of the parties filed herein, the Court hereby permits the filing of a Second
2  Amended Complaint in this matter adding Jorge Bautista as a Defendant.

3

4  DATED: June 23, 2009

5  _____
6  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com