| | |
|---|---|
| 1 | LAW OFFICES OF JOHN L. FALLAT |
| | JOHN L. FALLAT (State Bar No.114842) |
| 2 | TIMOTHY J. TOMLIN (State Bar No.114842) |
| | 999 Fifth Avenue, Suite 590 |
| 3 | San Rafael, CA 94901-2994 |
| | Telephone: (415) 457-3773 |
| 4 | Facsimile: (415) 457-2667 |
| 5 | Attorneys for Plaintiff |
| | Western Surety Company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESTERN SURETY COMPANY, a South Dakota corporation, | ) ) ) | Case No. 2:08-CV-02718 MCE-DAD |
| Plaintiff, | ) ) ) | **ORDER ON REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR WESTERN SURETY COMPANY** |
| vs. | ) ) ) | |
| AUTO AMERICA, INC., a California corporation; MOCTEZUMA TOVAR, an individual; PENEELEYU TOVAR, an individual; WACHOVIA DEALER SERVICES, INC., a California corporation; TRUCK CITY AUTO SALES, INC., a California corporation; FIRESIDE BANK, a California corporation; LOBEL FINANCIAL CORPORATION, a California corporation; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency; DEALER SERVICES CORPORATION dba DISCOVER DSC, a Delaware corporation and DOES 1-100, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Date: April 8, 2010<br>Time: 2:00 p.m.<br>Dept.: 7** |
| Defendants. | ) ) ) ) ) | |

///

///

///

[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR WESTERN SURETY COMPANY

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Upon application, and good cause appearing therefore, Western Surety Company is permitted to appear telephonically for it motion to amend complaint scheduled for April 8, 2010 at 2:00 p.m. in Dept. 7 of the United States District Court, Eastern District located in Sacramento, California.

DATED: February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR WESTERN SURETY COMPANY

2

PDF created with pdfFactory trial version www.pdffactory.com