```
1  LAW OFFICES OF JOHN L. FALLAT
   JOHN L. FALLAT (State Bar No.114842)
2  TIMOTHY J. TOMLIN (State Bar No.114842)
   999 Fifth Avenue, Suite 590
3  San Rafael, CA 94901-2994
   Telephone:  (415) 457-3773
4  Facsimile:   (415) 457-2667

5  Attorneys for Plaintiff
   Western Surety Company
6
7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| WESTERN SURETY COMPANY, a South Dakota corporation, | Case No.  2:08-CV-02718 MCE-DAD |
| Plaintiff, | **ORDER ON REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR WESTERN SURETY COMPANY** |
| vs. | |
| AUTO AMERICA, INC., a California corporation; MOCTEZUMA TOVAR, an individual; PENEELEYU TOVAR, an individual; WACHOVIA DEALER SERVICES, INC., a California corporation; TRUCK CITY AUTO SALES, INC., a California corporation; FIRESIDE BANK, a California corporation; LOBEL FINANCIAL CORPORATION, a California corporation; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency; DEALER SERVICES CORPORATION dba DISCOVER DSC, a Delaware corporation and DOES 1-100, inclusive, | Date: April 8, 2010<br>Time: 2:00 p.m.<br>Dept.: 7 |
| Defendants. | |

25

26      ///

27      ///

28      ///

[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR WESTERN SURETY COMPANY

1

PDF created with pdfFactory trial version www.pdffactory.com

Upon application, and good cause appearing therefore, Western Surety Company is permitted to appear telephonically for it motion to amend complaint scheduled for April 8, 2010 at 2:00 p.m. in Dept. 7 of the United States District Court, Eastern District located in Sacramento, California.

DATED:  February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR WESTERN SURETY COMPANY

PDF created with pdfFactory trial version www.pdffactory.com