UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

WESTERN SURETY COMPANY,
a South Dakota corporation,

        Plaintiff,

   v.

AUTO AMERICA, INC., a California corporation; MOCTEZUMA TOVAR, an individual; PENEELEYU TOVAR, an individual, WACHOVIA DEALER SERVICES, INC., a California corporation, TRUCK CITY AUTO SALES, INC., a California corporation; FIRESIDE BANK, a California corporation; LOBEL FINANCIAL CORPORATION, a California corporation, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency,

        Defendants.

No. 2:08-cv-02718-MCE-DAD

**ORDER**

----oo0oo----

Plaintiff is the surety for a motor vehicle dealer, Defendant Auto America, Inc.  After the dealership and its owners, Defendants Moctezuma Tovar and Peneeleyu Tovar, began to experience alleged financial difficulties, Plaintiff alleges that

1

1 multiple claims were asserted by the remaining Defendants against
2 the Tovars and their business, which in turn led to claims
3 against Plaintiff's surety bond.  Through the present
4 Interpleader action, Plaintiff has deposited its bond amount in
5 the amount of $50,00.00 given the conflicting claims against its
6 bond.
7      Plaintiff now moves for permission to file a Third Amended
8 Complaint in this matter which will add a recently discovered
9 additional claimant to the bond proceeds, Alicia Zapata, as a
10 Defendant.  Defendant Wachovia Dealer Services, Inc. has filed a
11 Statement of Non-Opposition to Plaintiff's Motion.  No other
12 defendant has filed any opposition.
13     Given the lack of any opposition, and good cause appearing
14 therefor, Plaintiff's Motion (Docket No. 43) is hereby GRANTED.[1]
15 The April 8, 2010 hearing date is accordingly vacated.  Plaintiff
16 may file a Third Amended Complaint adding Alicia Zapata as a
17 Defendant to this matter not later than ten (10) days following
18 the date this Order is electronically filed with the Court.
19     IT IS SO ORDERED.

Dated: April 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

2