**ADAM S. HAMBURG, Bar No. 247127**
ahamburg@pnbd.com
**PRENOVOST, NORMANDIN, BERGH & DAWE**
**A Professional Corporation**
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
Phone No.:   (714) 547-2444
Fax No.:       (714) 835-2889
       8150.0058

Attorneys for FIRESIDE BANK, a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SURETY COMPANY a South Dakota corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AUTO AMERICA, INC., a California corporation; MOCTEZUMA TOVAR, an individual; PENEELEYU TOVAR, an individual; WACHOVIA DEALER SERVICES, INC., a California corporation; TRUCK CITY AUTO SALES, INC., a California corporation; FIRESIDE BANK, a California corporation; LOBEL FINANCIAL CORPORATION, a California corporation; YOLO FEDERAL CREDIT UNION, a business entity, form unknown; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:08-CV-02718-MCE-DAD<br>Assigned to Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION FOR RELEASE OF FUNDS AND DISMISSAL** |

///

///

///

///

///

1

**ORDER GRANTING STIPULATION FOR RELEASE OF FUNDS AND DISMISSAL**
C:\iFolder\mengland\Home\TO DOCKET CIVIL\08cv2718.stip.0622.wpd

**IT IS HEREBY ORDERED** that the Clerk of the Court shall disburse the balance of the Bond now deposited with this Court as follows:

1. $ 12,347.50 payable to Western Surety Company.
2. $ 5,048.00  payable to the California Department of Motor Vehicles.
3. $ 3,200.00 payable to Alicia Zapata.
4. $ 4,057.84 payable to Fireside Bank.
5. $ 5,028.16 payable to Wachovia Dealer Services.
6. $ 3,263.89 payable to Lobel Financial Corporation.
7. $ 17,054.61 payable to Truck City Auto Sales, Inc.

**FURTHER, IT IS HEREBY ORDERED** that the interest accrued on the balance of the Bond now deposited with the Court shall be disbursed evenly amongst Fireside Bank; Wachovia Dealer Services; Lobel Financial Corporation; Truck City Auto Sales, Inc.; and Alicia Zapata.

**FURTHER, IT IS HEREBY ORDERED** that this Order is issued sole as to the interpleader cause of action.  As such, nothing in this Order shall affect any of Western Surety Company's additional claims against AUTO AMERICA, INC., or its principals, including but not limited to, the second through seventh causes of action alleged in the Complaint.

**FURTHER, IT IS HEREBY ORDERED** that WESTERN SURETY COMPANY is discharged from further liability on the Dealer Surety Bond # 70194010 filed on behalf of AUTO AMERICA, INC., and is hereby exonerated.

Disbursement checks shall be mailed care of each party's attorney of record.  Upon disbursal, Plaintiff's First Cause of Action in Interpleader shall be dismissed with prejudice.

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE