LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No.114842)
TIMOTHY J. TOMLIN (State Bar No. 142294)
523 Fourth Street, Suite 210
San Rafael, CA 94901-3349
Telephone: (415) 457-3773
Facsimile:  (415) 457-2667

Attorneys for Plaintiff
Western Surety Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>AUTO AMERICA, INC., a California corporation; MOCTEZUMA TOVAR, an individual; PENEELEYU TOVAR, an individual; WACHOVIA DEALER SERVICES, INC., a California corporation; TRUCK CITY AUTO SALES, INC., a California corporation; FIRESIDE BANK, a California corporation; LOBEL FINANCIAL CORPORATION, a California corporation; YOLO FEDERAL CREDIT UNION, a business entity, form unknown, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency; and DOES 1-100, inclusive,<br><br>             Defendants. | Case No.  2:08-CV-02718-MCE-DAD<br><br>**STIPULATION FOR JUDGMENT AND ORDER THERETO** |

Plaintiff Western Surety Company, and defendants AUTO AMERICA, INC., a California corporation; and MOCTEZUMA TOVAR, an individual, and their attorneys of record stipulate and agree as follows:

**RECITALS**

1. Plaintiff Western Surety Company issued a motor vehicle dealer bond to Auto America, Inc. in order for Auto America, Inc. to do business as a motor vehicle dealer in California. On behalf of himself and Auto America, Inc. Moctezuma Tovar executed an indemnity agreement in favor of Western Surety Company for reimbursement of funds paid on the motor vehicle bond to any claimants, as well as for costs and attorney fees.

2. Multiple claims were made on the bond which in total exceeded the $50,000.00 value of the bond. These claims resulted in the bond funds being interpled in the present action.

3. Western Surety Company and the claimants on the bond (interpleader defendants herein) reached a stipulation for disbursement of the interpled funds.

4. In its complaint, Western Surety Company seeks to recover from Tovar and Auto America, Inc. the amount of the bond funds distributed to claimants, plus additional attorney fees and costs which have not been reimbursed to Great American from the bond itself.

5. This Stipulation for Judgment represents the negotiated termination of the present case between the parties.

**TERMS OF STIPULATED JUDGMENT**

1. The Court will enter judgment in this action, pursuant to this stipulation, on request of any party without notice to the other parties as follows:
    a. Damages in favor of Western Surety Company and against AUTO AMERICA, INC., a California corporation; and MOCTEZUMA TOVAR, an individual in the amount of $50,000.00;
    b. An award of attorneys fees in the amount of $1,506.53
    c. An award of costs in the amount of $334.00
    d. The total amount of judgment is therefore $51,840.53

PDF created with pdfFactory trial version www.pdffactory.com

2. On entry, this judgment will become final and execution may be levied on it immediately.

Dated: August 16, 2010.                 _____/s/_____
TIMOTHY J. TOMLIN
Attorneys for Plaintiff
WESTERN SURETY COMPANY

Dated: August 2, 2010.                 _____/s/_____
MOCTEZUMA TOVAR
Individually and on behalf of Auto America, Inc.

Dated: August 10, 2010.                 _____/s/_____
RONALD S. GALASI
Attorney for Defendants
MOCTEZUMA TOVAR and AUTO AMERICA, INC.

## ORDER

Pursuant to the parties' stipulation above, judgment shall be entered accordingly.

IT IS SO ORDERED.

**DATED: September 29, 2010**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION FOR JUDGMENT AND ORDER THERETO

3

PDF created with pdfFactory trial version www.pdffactory.com